UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| SAMUEL CULOTTA #199539 | CIVIL ACTION NO. 21-cv-567 SEC P |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| CINDY HOLLEY, ET AL | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein [Record Document 58], and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that Dr. Vincent Lococo's motion to dismiss [Record Document 52] is **GRANTED** and that all claims against Dr. Lococo are **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 17th day of November, 2022.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE