UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

SAMUEL CULOTTA #199539                CIVIL ACTION NO. 21-cv-567 SEC P

VERSUS                                JUDGE ELIZABETH E. FOOTE

CINDY HOLLEY, ET AL.                  MAGISTRATE JUDGE HORNSBY

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion for Summary Judgment [Record Document 71] by Cyndi Holley and the Bossier Parish Police Jury is **GRANTED** and that all federal and state law claims against them are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgement [Record Document 74] by Sheriff Whittington, Deputy Gates, and Deputy Porter is **GRANTED** and that all federal and state law claims against them are **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies before filing suit.

In his complaint, Plaintiff names "John Doe" as a Defendant. Because Plaintiff has failed to amend his complaint to name, identify, or raise any specific claims against John

Doe for over two years,[1] **IT IS ORDERED** that all claims against Defendant John Doe are **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the \_\_5th\_\_ day of June 2023.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff filed his complaint on March 4, 2021. *See* Record Document 1. Plaintiff filed an amended complaint adding John Doe as a Defendant on May 4, 2021. *See* Record Document 11.